# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4137 JEM | Date | August 11, 2015 |
|---|---|---|---|
| Title | AMERICAN GENERAL LIFE INSURANCE COMPANY v JOHN DURBIN et al | | |

Present: The Honorable    John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None                        None

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT JOHN DURBIN

Plaintiff is ordered to show cause in writing no later than August 18, 2015, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

◘    Answer by the defendant or plaintiff's request for entry of default.

◘    Plaintiff's filing of a request to the clerk to enter default judgment.

◘    Plaintiff's filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

cc: Parties

_____ : _____
Initials of Preparer         sa