JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>JOHN DURBIN and KENNETH KUHN,<br><br>             Defendants. | Case No. CV 15-4137 FMO (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motions (Dkt. No. 35), IT IS ADJUDGED that:

1. The Clerk is directed to disburse the interpleaded funds, plus any interest, to Kenneth Kuhn, less any statutory or applicable fees or costs.

2. American General Life Insurance Company ("AGLIC") shall make all future monthly payments due under the Annuity, contract no. 448500, to Kenneth Kuhn.

3. John Durbin and Kenneth Kuhn shall be enjoined from instituting or maintaining any additional action against AGLIC for recovery of the Disputed Payments or the Annuity, except as to any claims Kenneth Kuhn may have in the future relating to AGLIC's obligations to make further monthly payments to him as set forth in paragraph no. 2.

4. The above-captioned case is dismissed with prejudice.

5. Plaintiff shall serve John Durbin and Kenneth Kuhn with a copy of this judgment in such a manner as to make it operative in any future proceedings.

Dated this 1st day of July, 2016.

                                                      /s/
                                            Fernando M. Olguin
                                            United States District Judge